IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LINDA G. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: **CV415-201** |
| ) | |
| CHATHAM COUNTY, GEORGIA, ) | |
| and **KIM BIRGE**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

HAVING READ AND CONSIDERED the Parties Joint Motion to Stay the Pretrial Order Deadline Pending Motion, IT IS HEREBY ORDERED that:

- The current Pretrial Order Deadline is stayed.
- The Parties shall have 45 days to attempt to mediate this case.
- Upon conclusion of mediation, the Parties shall either notify the Court that the case has settled or file a Proposed Consolidated Pretrial Order within 10 days of the mediation.

SO ORDERED, this 2nd day of ~~April~~ May, 2016.

Magistrate Judge, United States District Court
Southern District of Georgia

Consented to by all Parties.